UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK T. PALMEN,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:23-cv-00062

Hon. Paul L. Maloney
U.S. District Judge

## **JUDGMENT**

In accordance with the opinion issued herewith, **IT IS ORDERED** that the ALJ's decision is **AFFIRMED**.

Dated: September 10, 2024

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge